IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY HAMMOND MURPHY,　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　)　　　CIVIL ACTION FILE NO.:
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　　1:21-CV-02-RAL
　　　　　　　　　　　　　　　　　　　)
CROWD COW, INC.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants　　　　　)
　　　　　　　　　　　　　　　　　　　)

## JOINT NOTICE OF INTENTION TO FILE
## VOLUNTARY DISMISSAL WITH PREJUDICE

　　　　　Plaintiff Anthony Hammond Murphy and Defendant Crowd Cow, Inc., by and through

their respective counsel, hereby provide notice that, on the basis of confidential communications

between the parties, Plaintiff intends to file a voluntary dismissal of this action, with prejudice, on

or before June 1, 2021 obviating the need for any further action on the pleadings or the calendaring

of an Initial Scheduling Conference pursuant to L. Cv. R. 16.1.

　　Respectfully submitted,

**LAWRENCE H. FISHER, ESQ.**

/s/ Lawrence H. Fisher　　　　　　　　.
Lawrence H. Fisher
Lawfirst@lawrencefisher.com
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel: (412) 577-4040

Dated: April 29, 2021